331 F.2d 604
 Fred D. SIEGEL, Appellant,
v.
Clifford E. TYSON, Jr., Special Agent, Thomas A. Lopez,
Internal Revenue Agent, Internal Revenue Service,
et al., Appellees.
 No. 20861.
 United States Court of Appeals Fifth Circuit.
 May 15, 1964.
 
 Daniel S. Pearson, Irwin J. Block, Miami, Fla., for appellant.
 John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D.C., William A. Meadows, Jr., U.S. Atty., Miami, Fla., Joseph M. Howard, Burton Berkley, Attys., Dept. of Justice, Washington, D.C., Edward A. Kaufman, Asst. U.S. Atty. of counsel, for appellees.
 Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and McRAE,[1] District Judge.
 PER CURIAM:
 
 
 1
 As announced from the bench during oral argument, the appeal is without merit and the judgment is affirmed. The stay is thereby vacated. The mandate shall issue forthwith.
 
 
 
 [1]
 District Judge, sitting by designation